JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES VALDIVIA,<br><br>        Petitioner,<br><br>    v.<br><br>FRED FOULK, Warden,<br><br>        Respondent. | Case No. CV 14-6688-JVS (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 26, 2015

                                        _____
                                        HONORABLE JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE